IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RONNY H. CROOK,**

      **Plaintiff,**

v.     Case No. 4:16cv717-MW/CAS

**JULIE L. JONES,**

      **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for Plaintiff's failure to comply with a Court order and for failure to prosecute." The Clerk shall close the file.

**SO ORDERED on February 9, 2017.**

                                              **s/Mark E. Walker              \_\_\_\_
United States District Judge**